DAVID L. ANDERSON, CABN 149604
United States Attorney
DEBORAH LEE STACHEL, CABN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER, WIBN 1034148
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8937
Fax: (415) 744-0134
Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHMOL FACEN, | ) |
| | ) Case No.: 4:18-cv-03196-DMR |
| Plaintiff, | ) |
| | ) **STIPULATION FOR THE AWARD AND PAYMENT OF** |
| v. | ) **ATTORNEY FEES AND EXPENSES PURSUANT TO THE** |
| | ) **EQUAL ACCESS TO JUSTICE ACT** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Jahmol Facen be awarded attorney fees and expenses in the amount of seven thousand dollars ($7,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel, Nancy K. McCombs. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Nancy K. McCombs, pursuant to the assignment Plaintiff executed. Any payments made shall be delivered to attorney McCombs.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff or his attorney may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: April 25, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　Nancy K. McCombs,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy K. McCombs*
　　　　　　　　　　　　　　　　　　　　　　NANCY K. McCOMBS

|  | (*as authorized via email on April 25, 2019) |
|---|---|
|  | Attorney for Plaintiff |

Dated: April 25, 2019                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney
Attorneys for Defendant

///
///
///
///
///
///

# ~~PROPOSED~~ ORDER

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), **IT IS ORDERED** that fees in the amount of $7,000.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED:

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

DATED:  4/26/2019